**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE ALENDRONATE SODIUM PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)   MDL Docket No. _____<br>)<br>) |

**DEFENDANT MERCK SHARP & DOHME CORP.'S**
**MOTION TO TRANSFER RELATED ACTIONS FOR**
**COORDINATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407, defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests that the Judicial Panel on Multidistrict Litigation (the "Panel") issue an order transferring the 36 actions listed on the attached schedule of related actions, as well as all later-filed actions related to femur fractures and other bone injuries allegedly caused by Fosamax or generic Alendronate Sodium, to the U.S. District Court for the District of New Jersey for coordinated pretrial proceedings (preferably before the Honorable Garrett Brown). In the alternative, Merck requests that the Panel transfer the cases to the U.S. District Court for the Western District of Louisiana (preferably before the Honorable Rebecca Doherty). In support of its motion, Merck states the following:

1.      To date, at least 36 cases have been filed in federal district courts around the country, alleging that Fosamax (Alendronate Sodium) and its generic equivalents cause femur fractures and other bone injuries.

2. The first such action was an individual action filed in the District of New Jersey by Phyllis Molnar. That case was filed on January 2, 2008.

3. Since that time, 35 additional cases raising overlapping factual and legal issues have been filed in seven other federal district courts around the country. (*See* Schedule of Related Actions.)

4. The actions proposed for transfer all "[i]nvolve one or more common questions of fact" as required by 28 U.S.C. § 1407(a).

5. The United States District Court for the District of New Jersey is the appropriate forum for coordinated pretrial proceedings in this litigation because: (a) the District of New Jersey has the largest number of case filings; (b) Merck's headquarters is within the District; (c) the District is home to the first-filed case; (d) Judge Brown, who is presiding over 24 of the 36 cases subject to this motion, has already made progress in overseeing pretrial proceedings in several of these cases; (e) the District, and particularly Judge Brown, has a great deal of experience that will enable it to effectively oversee and manage this litigation; (f) the District is an accessible forum; and (g) the court is in close proximity to Atlantic City, New Jersey, where nearly 300 state-court femur-fracture cases are pending before Judge Carol Higbee.

For the foregoing reasons and those set forth in the accompanying memorandum, defendant Merck respectfully requests that the Panel transfer the actions identified on the attached schedule of related actions to the United States District Court for the District of New Jersey for coordinated pretrial proceedings.

Dated: March 23, 2011                                                   Respectfully submitted,

                                                                         s/ Paul F. Strain
                                                                         Paul F. Strain
                                                                         David J. Heubeck
                                                                         VENABLE LLP

750 E. Pratt Street
Suite 900
Baltimore, MD 21202
Tel: (410) 244-7717
Fax: (410) 244-7742
Email: pfstrain@venable.com

s/ John H. Beisner
John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7000
Fax: (202) 661-8301
Email: john.beisner@skadden.com

COUNSEL FOR DEFENDANT MERCK SHARP & DOHME CORP.