

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

April 6, 2011

VIA CM/ECF

Jeffrey N. Lüthi, Esq.
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    In re: Fosamax Products Liability Litigation (No. II), MDL Docket No. 2243

Dear Sir:

      Pursuant to J.P.M.L. Rule 6.2(d), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's first notification of potential "tag-along actions" and includes two new cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are attached.

1. *Davis, et al. v. Merck Sharp & Dohme Corp.*, C.A. No. 1:11-cv-00652 (D.D.C.)
2. *DeMatto v. Merck & Co., Inc.*, C.A. No. 3:11-cv-01886 (D.N.J.)

      Respectfully submitted,

      /s

      William J. Beausoleil

WJB/ph

Attachment

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo