BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2243 |

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E., Room G-255, North Lobby
      Washington, D.C. 20002-8004

**This filing relates to the following case only:**

*Thomas-Walsh, et al. v. Merck & Co., Inc., et al.*, D. Colo., 1:11-cv-02736

### NOTICE OF PARTIAL OPPOSITION TO CONDITIONAL TRANSFER ORDER

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), Novartis Pharmaceuticals Corporation ("NPC") hereby provides notice of its partial opposition to the Conditional Transfer Order of November 18, 2011 ("CTO"), ECF No. 186.[1] NPC has no objection to the transfer of plaintiffs' claims against Merck & Co. in *Theresa Thomas-Walsh, et al. v. Merck & Co., Inc., et al.*, 1:11-cv-02736-MSK-KMT (D. Colo.), regarding Fosamax®, but opposes the portion of the CTO that "separate[s] and remand[s]" plaintiffs' claims against NPC regarding another bisphosphonate medications, including Reclast®. NPC suggests that the entirety of this action, including the claims against NPC, should be transferred to MDL-2243, which we understand presently includes a number of cases alleging co-ingestion of multiple bisphosphonates that assert claims against other pharmaceutical manufacturers along with Merck. NPC understands that the Clerk

---

[1] NPC has not been served in this matter, but is specially appearing before the JPML in order to oppose severance and remand of the claims against NPC. By so appearing, NPC reserves any defenses it may have as to service or sufficiency of service otherwise available to it.

of the Panel will notify the parties of the briefing schedule associated with NPC's opposition to CTO-25.  *See* JPML Rule 7.1(c).

Dated: November 28, 2011                         Respectfully submitted,

                                                 s/ Katharine R. Latimer_____
                                                 Joe G. Hollingsworth
                                                 Katharine R. Latimer
                                                 klatimer@hollingsworthllp.com
                                                 Stephen A. Klein
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, NW
                                                   Washington, D.C. 20005
                                                   Tel: 202-898-5800
                                                   Fax: 202-682-1639

                                                 *Attorneys for Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

On November 28, 2011, I electronically filed this document, Novartis Pharmaceuticals Corporation's Notice of Opposition to the Conditional Transfer Order, through the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| James E. Cecchi, Esq.<br>Carella, Byrne, Cecchi,<br>Olstein, Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br><br>and<br><br>Christopher A. Seeger, Esq.<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004<br><br>*Liaison Counsel for Plaintiffs* | Glenn S. Kerner, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br><br>and<br><br>George E. McDavid, Esq.<br>Reed Smith LLP<br>136 Main Street, Suite 205<br>Princeton Forrestal Village<br>Princeton, NJ 08540<br><br>*Liaison Counsel for Generic Defendants* |
| | Karen A. Confoy, Esq.<br>Sterns & Weinroth<br>50 West State Street<br>P.O. Box 129<br>Trenton, NJ 08607<br><br>*Liaison Counsel for Merck & Co., Inc.* |

and via first-class mail, postage prepaid to:

Janet G. Abaray, Esq.
Calvin S. Tregre, Jr., Esq.
Burg Simpson Eldredge Hersh & Jardine, P.C.
213 Walnut Street, Suite 2090
Cincinnati, OH 45202

*Attorney for Plaintiffs Theresa and Patrick Walsh*

4

        s/ Katharine R. Latimer  
        Katharine R. Latimer  
        Katharine R. Latimer  
        (klatimer@hollingsworthllp.com)  
        Stephen A. Klein  
          HOLLINGSWORTH LLP  
          1350 I Street, N.W.  
          Washington, DC 20005  
          Telephone: (202) 898-5800  
          Facsimile: (202) 682-1639  

*Attorneys for Defendant*  
*Novartis Pharmaceuticals Corporation*